# APPENDIX A

**Town of Kingston Springs, NPDES Permit no. TN005970**

| Date | Parameter | Limitation Period | Permit Limit | Reported Discharge | Amount of Exceedance | Percent Exceedance | Unit | Days of Violation |
|---|---|---|---|---|---|---|---|---|
| 7/31/2021 | E. coli | DAILY MX | 487 | 3972.6 | 3485.6 | 716% | #/100mL | 1 |
| 7/31/2021 | SSO, Dry Weather | MO TOTAL | 0 | 1 | 1 | | occur/mo | 1 |
| 10/31/2021 | E. coli | DAILY MX | 487 | 1960.8 | 1473.8 | 303% | #/100mL | 1 |
| 10/31/2021 | SSO, Dry Weather | MO TOTAL | 0 | 1 | 1 | | occur/mo | 1 |
| 2/28/2022 | BOD, 5-day, 20 deg. C | MO AV MN | 65 | 59.7 | -5.3 | | % | 28 |
| 2/28/2022 | SSO, Dry Weather | MO TOTAL | 0 | 1 | 1 | | occur/mo | 1 |
| 2/28/2022 | SSO, Wet Weather | MO TOTAL | 0 | 1 | 1 | | occur/mo | 1 |
| 3/31/2022 | BOD, 5-day, 20 deg. C | MO AV MN | 65 | 48 | -17 | | % | 31 |
| 3/31/2022 | BOD, 5-day, 20 deg. C | WKLY AVG | 50 | 51.6 | 1.6 | 3% | mg/L | 7 |
| 9/30/2022 | SSO, Dry Weather | MO TOTAL | 0 | 1 | 1 | | occur/mo | 1 |
| 10/31/2022 | SSO, Dry Weather | MO TOTAL | 0 | 1 | 1 | | occur/mo | 1 |
| 12/31/2022 | BOD, 5-day, 20 deg. C | MO AV MN | 65 | 59.2 | -5.8 | | % | 31 |
| 12/31/2022 | BOD, 5-day, 20 deg. C | DAILY MX | 136 | 673.7 | 537.7 | 395% | lb/d | 1 |
| 12/31/2022 | BOD, 5-day, 20 deg. C | MO AVG | 94 | 340.8 | 246.8 | 263% | lb/d | 31 |
| 12/31/2022 | BOD, 5-day, 20 deg. C | WKLY AVG | 104 | 673.7 | 569.7 | 548% | lb/d | 7 |
| 12/31/2022 | Chlorine, total residual | DAILY MX | 1 | 1.01 | 0.01 | 1% | mg/L | 1 |
| 12/31/2022 | Solids, total suspended | DAILY MX | 250 | 772.2 | 522.2 | 209% | lb/d | 1 |
| 12/31/2022 | Solids, total suspended | MO AVG | 209 | 270.1 | 61.1 | 29% | lb/d | 31 |
| 12/31/2022 | Solids, total suspended | WKLY AVG | 229 | 772.2 | 543.2 | 237% | lb/d | 7 |
| 1/31/2023 | BOD, 5-day, 20 deg. C | Monthly Avg | 65.0 | 54.8 | -10.2 | | % removal | 31 |
| 1/31/2023 | BOD, 5-day, 20 deg. C | Daily Max | 136.0 | 784.7 | 648.7 | 477% | lb/d | 1 |
| 1/31/2023 | BOD, 5-day, 20 deg. C | Monthly Avg | 94.0 | 667.8 | 573.8 | 610% | lb/d | 31 |
| 1/31/2023 | BOD, 5-day, 20 deg. C | Wkly Avg | 104.0 | 784.7 | 680.7 | 655% | lb/d | 7 |
| 1/31/2023 | Solids, total suspended | Daily Max | 250.0 | 1,191.0 | 941.0 | 376% | lb/d | 1 |
| 1/31/2023 | Solids, total suspended | Monthly Avg | 209.0 | 1,069.1 | 860.1 | 412% | lb/d | 31 |
| 1/31/2023 | Solids, total suspended | Wkly Avg | 229.0 | 1,191.0 | 962.0 | 420% | lb/d | 7 |
| 2/28/2023 | BOD, 5-day, 20 deg. C | Monthly Avg | 65.0 | 21.6 | -43.4 | | % removal | 28 |
| 2/28/2023 | BOD, 5-day, 20 deg. C | Daily Max | 136.0 | 1,782.5 | 1,646.5 | 1211% | lb/d | 1 |
| 2/28/2023 | BOD, 5-day, 20 deg. C | Monthly Avg | 94.0 | 1,194.3 | 1,100.3 | 1171% | lb/d | 28 |
| 2/28/2023 | BOD, 5-day, 20 deg. C | Wkly Avg | 104.0 | 1,782.5 | 1,678.5 | 1614% | lb/d | 7 |
| 2/28/2023 | BOD, 5-day, 20 deg. C | Wkly Avg | 50.0 | 53.7 | 3.7 | 7% | mg/L | 7 |
| 2/28/2023 | E.coli | Daily Max | 487.0 | 544.6 | 57.6 | 12% | #/100mL | 1 |
| 2/28/2023 | Solids, total suspended | Daily Max | 250.0 | 1,425.2 | 1,175.2 | 470% | lb/d | 1 |
| 2/28/2023 | Solids, total suspended | Monthly Avg | 209.0 | 1,034.1 | 825.1 | 395% | lb/d | 28 |
| 2/28/2023 | Solids, total suspended | Wkly Avg | 229.0 | 1,425.2 | 1,196.2 | 522% | lb/d | 7 |
| 2/28/2023 | SSO, Dry Weather | MO TOTAL | 0 | 1 | 1 | | occur/mo | 1 |
| 3/31/2023 | BOD, 5-day, 20 deg. C | Monthly Avg | 65.0 | 64.9 | -0.1 | 0% | % removal | 31 |
| 3/31/2023 | BOD, 5-day, 20 deg. C | Daily Max | 136.0 | 1,040.4 | 904.4 | 665% | lb/d | 1 |
| 3/31/2023 | BOD, 5-day, 20 deg. C | Monthly Avg | 94.0 | 264.8 | 170.8 | 182% | lb/d | 31 |
| 3/31/2023 | BOD, 5-day, 20 deg. C | Wkly Avg | 104.0 | 1,040.4 | 936.4 | 900% | lb/d | 7 |
| 3/31/2023 | Solids, total suspended | Daily Max | 250.0 | 1,018.6 | 768.6 | 307% | lb/d | 1 |
| 3/31/2023 | Solids, total suspended | Monthly Avg | 209.0 | 308.5 | 99.5 | 48% | lb/d | 31 |
| 3/31/2023 | Solids, total suspended | Wkly Avg | 229.0 | 1,018.6 | 789.6 | 345% | lb/d | 7 |
| 3/31/2023 | SSO | Monthly Total | 0.0 | 1.0 | 1.0 | | occur/mo | 1 |
| 4/30/2023 | BOD, 5-day, 20 deg. C | Daily Max | 136.0 | 397.8 | 261.8 | 193% | lb/d | 1 |
| 4/30/2023 | BOD, 5-day, 20 deg. C | Monthly Avg | 94.0 | 101.8 | 7.8 | 8% | lb/d | 30 |
| 4/30/2023 | BOD, 5-day, 20 deg. C | Wkly Avg | 104.0 | 397.8 | 293.8 | 283% | lb/d | 7 |
| 4/30/2023 | Solids, total suspended | Daily Max | 250.0 | 514.3 | 264.3 | 106% | lb/d | 1 |
| 4/30/2023 | Solids, total suspended | Wkly Avg | 229.0 | 514.3 | 285.3 | 125% | lb/d | 7 |
| 6/30/2023 | SSO | Monthly Total | 0.0 | 1.0 | 1.0 | | occur/mo | 1 |
| 8/31/2023 | Chlorine, total residual | Daily Max | 1.0 | 1.3 | 0.3 | 32% | mg/L | 1 |
| 8/31/2023 | E.coli | Daily Max | 487.0 | 1,841.6 | 1,354.6 | 278% | #/100mL | 1 |
| 8/31/2023 | SSO | Monthly Total | 0.0 | 2.0 | 2.0 | | occur/mo | 2 |
| 10/31/2023 | BOD, 5-day, 20 deg. C | Monthly Avg | 65.0 | 57.8 | -7.2 | | % removal | 31 |

| Date | Parameter | Limit Type | Limit | Reported | Exceedance | % Over | Units | Days |
|---|---|---|---|---|---|---|---|---|
| 10/31/2023 | BOD, 5-day, 20 deg. C | Daily Max | 65.0 | 94.5 | 29.5 | 45% | mg/L | 1 |
| 10/31/2023 | BOD, 5-day, 20 deg. C | Wkly Avg | 50.0 | 94.5 | 44.5 | 89% | mg/L | 7 |
| 11/30/2023 | BOD, 5-day, 20 deg. C | Monthly Avg | 65.0 | -10.4 | -75.4 | | % removal | 30 |
| 11/30/2023 | BOD, 5-day, 20 deg. C | Daily Max | 65.0 | 69.1 | 4.1 | 6% | mg/L | 1 |
| 11/30/2023 | BOD, 5-day, 20 deg. C | Monthly Avg | 45.0 | 69.1 | 24.1 | 54% | mg/L | 30 |
| 11/30/2023 | BOD, 5-day, 20 deg. C | Wkly Avg | 50.0 | 59.3 | 9.3 | 19% | mg/L | 7 |
| 11/30/2023 | E. coli | DAILY MX | 487 | 4839.2 | 4352.2 | 894% | #/100mL | 1 |
| 11/30/2023 | E.coli | Monthly Avg | 126.0 | 2,779.4 | 2,653.4 | 2106% | #/100mL | 30 |
| 12/31/2023 | BOD, 5-day, 20 deg. C | Monthly Avg | 65.0 | 41.0 | -24.0 | | % removal | 31 |
| 12/31/2023 | BOD, 5-day, 20 deg. C | Wkly Avg | 50.0 | 59.3 | 9.3 | 19% | mg/L | 31 |
| 12/31/2023 | Chlorine, total residual | Daily Max | 1.0 | 1.3 | 0.3 | 32% | mg/L | 1 |
| 12/31/2023 | E.coli | Daily Max | 487.0 | 4,839.2 | 4,352.2 | 894% | #/100mL | 1 |
| 12/31/2023 | E.coli | Monthly Avg | 126.0 | 487.0 | 361.0 | 287% | #/100mL | 31 |
| 1/31/2024 | BOD, 5-day, 20 deg. C | Monthly Avg | 65.0 | 41.0 | -24.0 | | % removal | 31 |
| 1/31/2024 | Chlorine, total residual | Daily Max | 1.0 | 1.2 | 0.2 | 19% | mg/L | 1 |
| 1/31/2024 | E.coli | Daily Max | 487.0 | 9,678.4 | 9,191.4 | 1887% | #/100mL | 1 |
| 1/31/2024 | E.coli | Monthly Avg | 126.0 | 487.0 | 361.0 | 287% | #/100mL | 31 |
| 1/31/2024 | SSO, Dry Weather | MO TOTAL | 0 | 1 | 1 | | occur/mo | 1 |
| 2/29/2024 | BOD, 5-day, 20 deg. C | Monthly Avg | 65.0 | 51.8 | -13.2 | | % removal | 29 |
| 2/29/2024 | Chlorine, total residual | Daily Max | 1.0 | 1.2 | 0.2 | 21% | mg/L | 1 |
| 2/29/2024 | E.coli | Daily Max | 487.0 | 4,839.2 | 4,352.2 | 894% | #/100mL | 1 |
| 2/29/2024 | E.coli | Monthly Avg | 126.0 | 487.0 | 361.0 | 287% | #/100mL | 29 |
| 3/31/2024 | BOD, 5-day, 20 deg. C | MO AV MN | 65 | 41.5 | -23.5 | | % | 31 |
| 3/31/2024 | BOD, 5-day, 20 deg. C | WKLY AVG | 50 | 53.6 | 3.6 | 7% | mg/L | 7 |
| 3/31/2024 | Chlorine, total residual | DAILY MX | 1 | 1.16 | 0.16 | 16% | mg/L | 1 |
| 3/31/2024 | E. coli | DAILY MX | 487 | 1540.2 | 1053.2 | 216% | #/100mL | 1 |
| 3/31/2024 | E. coli | MO GEOMN | 126 | 544.7 | 418.7 | 332% | #/100mL | 31 |
| 4/30/2024 | BOD, 5-day, 20 deg. C | MO AV MN | 65 | 2.9 | -62.1 | | % | 30 |
| 4/30/2024 | BOD, 5-day, 20 deg. C | DAILY MX | 136 | 136.7 | 0.7 | 1% | lb/d | 1 |
| 4/30/2024 | BOD, 5-day, 20 deg. C | WKLY AVG | 104 | 136.7 | 32.7 | 31% | lb/d | 7 |
| 4/30/2024 | BOD, 5-day, 20 deg. C | DAILY MX | 65 | 66.6 | 1.6 | 2% | mg/L | 1 |
| 4/30/2024 | BOD, 5-day, 20 deg. C | MO AVG | 45 | 56.8 | 11.8 | 26% | mg/L | 30 |
| 4/30/2024 | BOD, 5-day, 20 deg. C | WKLY AVG | 50 | 66.6 | 16.6 | 33% | mg/L | 7 |
| 4/30/2024 | E. coli | DAILY MX | 487 | 4839.2 | 4352.2 | 894% | #/100mL | 1 |
| 4/30/2024 | E. coli | MO GEOMN | 126 | 2650 | 2524 | 2003% | #/100mL | 30 |
| **TOTAL DAYS OF VIOLATION:** | | | | | | | | **1099** |